UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**HAROLD TONEY,**

    **Plaintiff,**

**v.**    Case No. 3:15cv28/LC/CJK

**RONNIE RADFORD, et al.,**

    **Defendants.**

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 2, 2015 (doc. 7).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections there to timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff's motion to remand (doc. 6) is DENIED.

**DONE AND ORDERED** this 3rd day of April, 2015.

                                                                     *s/L.A. Collier*
                                                                      **LACEY A. COLLIER**
                                                                       **SENIOR UNITED STATES DISTRICT JUDGE**